# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5172**                    **September Term, 2025**

**1:26-cv-00688-RJL**

**Filed On:** May 22, 2026

Massimiliano Cali and L.C., a minor child, by
and through her father Massimilano Cali,
          Appellees

          v.

Donald J. Trump, President of the United
States, et al.,
          Appellants

**BEFORE:**    Henderson, Katsas, and Childs, Circuit Judges

# O R D E R

Upon consideration of the emergency motion for an immediate administrative stay and stay pending appeal, it is

**ORDERED** that the district court's order entered May 13, 2026, be administratively stayed in part pending further order of the court.  Pursuant to the administrative stay, appellants may implement and enforce the designation of Francesca Albanese as a designated foreign national under Section 1(a)(ii)(A) of Executive Order 14203, except that appellants may not take any action that violates the licenses regarding Massimiliano Cali and L.C. issued by the Office of Foreign Assets Control.  The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion.  See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).  It is

**FURTHER ORDERED** that appellees file a response to the emergency motion for a stay pending appeal by 4:00 p.m. on Thursday, May 28, 2026.  Appellants' reply is due by 4:00 p.m. on Tuesday, June 2, 2026.

**Per Curiam**

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk