## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

MASSIMILIANO CALI, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, et al.,

Defendants-Appellants.

On Appeal from the U.S. District Court for the District of Columbia

## APPELLEES' MOTION TO WITHDRAW MOTION TO HOLD
## APPEAL IN ABEYANCE

Plaintiffs-Appellees move to withdraw their Motion to Hold the Appeal in Abeyance in Contemplation of Dismissal of Appeal (Document 2181987).

On June 30, Plaintiffs-Appellees filed a motion in the district court to dissolve the preliminary injunction that is the subject of this appeal. Given that filing, on July 6, Plaintiffs-Appellees filed a motion with this Court to hold the appeal of the preliminary injunction in

1

abeyance pending the district court's resolution of the pending motion to dissolve. On August 3, the district court denied Plaintiffs-Appellees' motion to dissolve, thereby extinguishing any need for an abeyance. Counsel for Defendants-Appellants have been consulted and consent to this motion.

Date: August 4, 2026                    Respectfully submitted,

                                        /s/ Jason Wright
                                        Jason Wright
                                        Michel Paradis
                                        Patrick Fields
                                        Scott Johnston
                                        STEPTOE LLP
                                        1114 Avenue of the Americas
                                        New York, New York, 10036
                                        Tel: (212) 506-3900
                                        jwright@steptoe.com

                                        *Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

I hereby certify under Fed. R. App. P. 32(g)(1) that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2). It contains 106 words, not counting sections excluded by the Federal Rules and Local Rules (counted using Microsoft Word). I further certify that the brief complies with the typeface and type-style requirements of Federal Rule of Civil Procedure 32(a)(5) and (6) because it has been prepared in proportionally spaced, 14-point Century Schoolbook style typeface using Microsoft Word 2019.

Date: August 4, 2026 /s/ Jason Wright
Jason Wright

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I caused a true and correct copy of the foregoing to be served via the court's ECF system upon all counsel of record. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: August 4, 2026                                  /s/ Jason Wright
                                                      Jason Wright